1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | CASE NO. 1:05-CR-053 LJO
12 |                     Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER
13 |              v.                |
14 | RAMON ROMERO-MEDINA,           |
15 |                     Defendant. |

16

17     The United States of America ("the government"), by and through Benjamin B. Wagner, United

18 States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for

19 permission to dismiss without prejudice the indictment in the in Case No. 1:05-CR-0053.

20     Good cause exists to dismiss without prejudice the indictment in the interest of justice, and

21 pursuant to Fed. R. Crim. P. 48(a), for the following reasons: This action has remained pending without

22 activity for over ten years. Because of the long period of non-activity, this case is presumed to be no

23 longer viable. Additionally, the gravity of the offense does not justify continued efforts to prosecute.

24 For these reasons, the government moves for dismissal of the indictment against the defendant.

25                                          BENJAMIN B. WAGNER
   Dated: June 5, 2015.                     United States Attorney
26

27                                            /s/ Mia A. Giacomazzi
                                            MIA A. GIACOMAZZI
28                                          Assistant United States Attorney

                                  1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:05-CR-0053 shall be DISMISSED without prejudice.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 5, 2015**                                   **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE